AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| ALMO MUSIC CORP., BOURNE CO., CROMWELL MUSIC, INC., AND GOO EYED MUSIC <br><br> *Plaintiff* <br><br> v. <br><br> CELEBRATIONS PLAZA, INC., MARIE R. LEPORACE, AND JOSEPH LEPORACE <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No.   17-432 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CELEBRATIONS PLAZA, INC.
2201 Galloway Road
2233 Galloway Road
Bensalem, Pennsylvania 19020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
NOAH S. ROBBINS, ESQ.
3000 TWO LOGAN SQUARE
EIGHTEENTH & ARCH STREETS
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   JANUARY 31, 2017

RICHARD C. THIEME, Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.    17-432

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Celebrations Plaza, Inc.
was received by me on *(date)* 02/01/2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Maria R. Leponeca, who is designated by law to accept service of process on behalf of *(name of organization)* Celebrations Plaza, Inc. 2201 Galloway Rd. Bensalem, PA 19020 on *(date)* 02/01/2017 at 4:25 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Complaint & Summons Served

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/3/17

*Server's signature*

Richard Scollon / Process Server
*Printed name and title*

It's DONE! Courier
525 S. 4th Street, Suite 366
Philadelphia, PA 19147
*Server's address*